IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENNETH C. DAVIS,

      Plaintiff,

                         CIVIL ACTION NO.

v.                    1:11-cv-562-JEC

BANK OF AMERICA CORPORATION,

      Defendant.

### ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Final Report and Recommendation [7] recommending denying as moot defendant's Motion to Dismiss [3] and dismissing this action with prejudice. No objections to the Report and Recommendation [7] have been filed. The Court has reviewed the Final Report and Recommendation [7] on the merits and finds the magistrate judge's conclusions to be well-founded.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [7] **DENYING as moot** defendant's Motion to Dismiss [3]. This case is **DISMISSED with prejudice.** The Clerk shall close this case.

AO 72A
(Rev.8/82)

SO ORDERED, this <u>19th</u> day of OCTOBER, 2011.


                          <u>/s/ Julie E. Carnes          </u>
                          JULIE E. CARNES
                          CHIEF UNITED STATES DISTRICT JUDGE

2